UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

FILED
ASHEVILLE, NC
OCT 0 3 2023
U.S. DISTRICT COURT
W. DISTRICT OF N.C.

| | |
|---|---|
| UNITED STATES OF AMERICA | DOCKET NO. 1:23 CR 75 · MR-WCM |
| v. | **BILL OF INDICTMENT** |
| TYRONE RUSHAD BROWN | Violation: 18 U.S.C. § 922(g)(1) |

## THE GRAND JURY CHARGES:

### COUNT ONE

On or about July 5, 2023, in Buncombe County, within the Western District of North Carolina, and elsewhere, the defendant

**TRYONE RUSHAD BROWN**

knowing that he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess in and affecting commerce firearms, that is, a Smith & Wesson, M&P model, 9mm caliber pistol, and a Weihrauch Windicator model .357 magnum caliber revolver.

All in violation of Title 18, United States Code, Section 922(g)(1).

### NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given of 18 U.S.C. § 924 and 28 U.S.C. § 2461(c). The following property is subject to forfeiture in accordance with Section 924 and/or Section 2461(c): all firearms or ammunition involved or used in the violations set forth in this bill of indictment.

The Grand Jury finds probable cause to believe that the following property is

subject to forfeiture on one or more of the grounds stated above: a Smith & Wesson, M&P model, 9mm caliber pistol, a Weihrauch Windicator model .357 magnum caliber revolver, approximately 28 rounds of 9mm ammunition, and approximately 8 rounds of .357 magnum ammunition, all seized during the course of the investigation.

A TRUE BILL:

_____
FOREPERSON

DENA J. KING
UNITED STATES ATTORNEY

_____
JOHN D. PRITCHARD
ASSISTANT UNITED STATES ATTORNEY